IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER PICKETT and MARSHAWN PEARSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EXEL INC. d/b/a DHL SUPPLY CHAIN,<br><br>　　　　　　　　　Defendant. | Case No. 23-cv-1655 |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Action Settlement, and supporting declarations and exhibits, Plaintiffs respectfully request that the Court enter an order:

1. Granting final approval of the proposed Settlement Agreement

2. Certifying the proposed Rule 23 Class for settlement purposes only; and

3. Authorizing the Settlement Administrator to send checks to all Class Members as provided by the terms of the Settlement Agreement.

| | |
|---|---|
| Dated: New York, New York<br>　　　　August 11, 2023 | Respectfully submitted,<br><br>By:　/s/ Justin M. Swartz<br>　　　Justin M. Swartz<br><br>**OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Christopher M. McNerney*<br>Rebecca L. Pattiz*<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 |

Telephone: (212) 245-1000
E-mail: jswartz@outtengolden.com
E-mail: cmcnerney@outtengolden.com
Email: rpattiz@outtengolden.com

Ossai Miazad*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW, Suite 1200B
Washington, D.C. 20005
E-mail: om@outtengolden.com

*Admitted pro hac vice

Attorneys for Plaintiffs and the Class

2