# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Walter Pickett, et al.

                Plaintiff,

v.                                            Case No.: 1:23−cv−01655
                                                           Honorable Sharon Johnson Coleman

Exel Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Fairness hearing held on 8/22/2023. Plaintiffs' unopposed motion for approval of class action settlement [37], unopposed motion for attorneys' fees and costs [25], and unopposed motion for approval of service awards [28] are granted. Enter Order. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.